# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv362

| | |
|---|---|
| TERRAYLE FENDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| CVS PHARMACY, INC., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on its own motion to recuse. Based on a review of recent filings, the court has determined that a conflict now exists which would preclude the undersigned's further involvement in this matter. With respect, the undersigned must recuse.

## ORDER

**IT IS, THEREFORE, ORDERED** that the undersigned respectfully **RECUSES** himself from further consideration of this matter.

Signed: October 15, 2008

Dennis L. Howell
United States Magistrate Judge