**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:07CV362**


| | |
|---|---|
| **TERRAYLE FENDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **Vs.** ) | **O R D E R** |
| ) | |
| **CVS PHARMACY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |


**THIS MATTER** is before the Court on Defendant's motion for

summary judgment filed September 2, 2008.

In support of the motion, Defendant filed excerpts from Plaintiff's

deposition taken on April 25, 2008.  In response to the Defendant's motion,

Plaintiff's opposing memorandum was supported as well with excerpts from

Plaintiff's deposition.

The Court has examined the parties' briefs and the excerpts

submitted, and concludes that a complete transcript of Plaintiff's deposition

should be filed to assist the Court in ruling on the motion for summary

judgment.  Because the Defendant filed the motion, the Court directs that

Defendant file a complete copy of Plaintiff's deposition taken April 25, 2008, on or before **November 26, 2008.**

**IT IS SO ORDERED.**

Signed: November 21, 2008

Lacy H. Thornburg
United States District Judge